## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA LEIGH CARTEE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 05-0515-C |
| PRECISE CABLE CONSTRUCTION, INC., et al., | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand (Doc. 9) be and the same hereby is **GRANTED** and that this cause be **REMANDED** to the Circuit Court of Washington County, Alabama from whence it came.

**DONE** this the 31st day of October, 2005.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**